**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

**Plaintiff,**

**vs.**

**MINNESOTA VALLEY ACTION COUNCIL (MVAC)**

**Defendants.**

**File No. 00-CV-2198 DWF/AJB**

**STIPULATION FOR INTERVENTION OF MARTHA ORTEGA**

---

Through their undersigned counsel, the parties to this matter hereby stipulate that Martha Ortega shall be allowed the right to Intervene in the above-referenced action and that the Court may so order. This Stipulation is based on Martha Ortega's Motion to Intervene, with attached Complaint as "Exhibit A" and information included therein.

Dated: October 25, 2000

BLETHEN GAGE & KRAUSE

[signature]

Bailey W. Blethen (# 8886 )
127 South Second Street
P.O. Box 3049
Mankato, MN. 56002-3049
(507) 345-8003
**Attorneys for Defendants**

Dated: October 31, 2000

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

[signature]

Tina Burnside (WI.#1026965)
Sr. Trial Attorney
Minneapolis Area Office
330 Second Avenue South, Suite 430
Minneapolis, MN 55401-2224
(612) 335-4047
**Attorneys for Plaintiff EEOC**

FILED NOV - 2 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

This matter came before the Court on Motion of Martha Ortega for Leave to Intervene as a Plaintiff in Civil File No. 00-CV-2198.

Upon consideration of the Stipulation of the parties and the records and proceedings herein, the Court makes the following Order:

**ORDER**

1. Martha Ortega is granted leave to intervene in this action; and
2. Martha Ortega shall file and serve her Intervenor's Complaint (Exhibit 1) on or before November 30th, 2000.

Dated: 11/1/00

Arthur J. Boylan
United States Magistrate Judge