**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

Civil No. 00-2198 DWF/AJB

and

MARTHA ORTEGA,

Plaintiff-Intervener,

v.

**ORDER**

MINNESOTA VALLEY ACTION COUNCIL,

Defendant.

---

The above matter came before the Court on Plaintiffs' Motion to Modify Pretrial Scheduling Order and to Compel Discovery. Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY ORDERED THAT:**

1. The motion is **granted in part and taken under advisement in part** [Docket No. 15];

2. The Discovery deadline is extended to July 1, 2001;

3. Plaintiffs are allowed to take depositions in excess of fifteen;

4. With respect to every document which Defendant has withheld on grounds of privilege, Defendant shall bate stamp said documents and provide to the Court, by

FILED MAY 0 3 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

May 8, 2001, the original, or a legible copy of said bate stamped documents for purposes of *in camera* review;

5. With respect to the documents addressed in paragraph four, Defendant shall provide the Court and Plaintiffs, by May 8, 2001, a log that (a) identifies each document by bate stamp number, (b) describes each document by date and by the name of the author and recipient, (c) describes the general subject matter of each document (without revealing the alleged protected material), and (d) indicates the privilege claimed;

6. With the materials described in paragraphs four and five, Defendant may provide supporting affidavits and/or a supporting memorandum;

7. By May 11, 2001, Plaintiffs may provide a memorandum addressing Defendant's claims of privilege;

8. After receiving the aforementioned materials from the parties (or after May 11, 2001), the Court will address Plaintiffs' Motion to Compel.

Dated: 5/3/0

Arthur J. Boylan
United States Magistrate Judge