**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

Civil No. 00-2198 DWF/AJB

and

MARTHA ORTEGA,

Plaintiff-Intervener,

v.

**SUPPLEMENTAL ORDER**

MINNESOTA VALLEY ACTION COUNCIL,

Defendant.

---

This case came before the Court on, *inter alia*, Defendant's motion to compel discovery. Plaintiff Ortega asked for attorney's fees in the event the motion was denied. In an Order dated September 26, 2001 Defendant's motion to compel was denied and Plaintiff's request for attorney's fees–although not explicitly denied–was not granted. Thereafter, Plaintiff Ortega's counsel contacted the Court, *ex parte*, concerned that the Court may have overlooked the request for attorney's fees. The Court hereby clarifies its September 26 Order. Although Defendant's motion to compel tested the boundaries of relevancy, the Court cannot say that the motion was not substantially justified as contemplated by FED. R. CIV. P. 37(a)(4)(B). Therefore, IT IS HEREBY ORDERED THAT:

1. Plaintiff Ortega's request for attorney's fees is denied.

Dated: 10/10/01

Arthur J. Boylan
United States Magistrate Judge

FILED OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________