UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

MARTHA ORTEGA,

Plaintiff-Intervener,

v.

MINNESOTA VALLEY ACTION COUNCIL,

Defendant.

Case No. 00-2198 DWF/AJB

NOTICE OF SETTLEMENT CONFERENCE

---

A settlement conference will be held on **March 4, 2002, at 9:00 a.m.**, in Room 638 Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present.

Dated: 2/19/02

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED FEB 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______