**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Civil No. 00-2198 (DWF/AJB)

Plaintiff,

MARTHA ORTEGA,

Intervenor,

v.

**ORDER OF DISMISSAL**

MINNESOTA VALLEY ACTION COUNCIL, INC., being sued as Minnesota Valley Action Council,

Defendant.

---

Rosemary Fox, Esq., Equal Employment Opportunity Commission, 800 Federal Building, 310 West Wisconsin Avenue, Milwaukee, WI 53203-2292; Tina Burnside, Esq., Equal Employment Opportunity Commission, 3300 South 2nd Avenue, Suite 430, Minneapolis, MN 55401-2224; Dorene Sarnoski, Esq., Sarnoski Law Office, 333 Washington Avenue North, Suite 101, Minneapolis, MN 55401, counsel for Plaintiff and Intervenor.

Bailey Blethen, Esq., and Silas Danielson, Esq., Blethen Gage & Krause, 127 South 2nd Street, Mankato, MN 56002, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 4, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed MAR - 5 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______