UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>Plaintiff,<br>and<br><br>MARTHA ORTEGA,<br>Plaintiff-Intervenor,<br>v.<br><br>MINNESOTA VALLEY ACTION COUNCIL,<br>Defendant. | Civil No. 00-2198 DWF/AJB |

Stipulation and Order for Dismissal With Prejudice

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and based upon the attached Consent Decree, the Equal Employment Opportunity Commission, Martha Ortega and Minnesota Valley Action Council hereby stipulate to the dismissal of this action with prejudice, and to retention of jurisdiction by the Court to enforce the provisions of the Consent Decree.

Jean P. Kamp
Regional Attorney

3-21-02
Date

Tina Burnside
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Minneapolis Area Office
330 S. Second Ave., Suite 430
Minneapolis, MN 55401
(612) 335-4047

3/19/02
Date

MAR 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dorene R. Sarnoski
Dorene R. Sarnoski Law Office
101 Union Plaza
333 Washington Avenue North
Minneapolis, MN 55401
(612) 359-0050

3/6/02
Date

Attorney for Plaintiff-Intervenor
MARTHA ORTEGA

Silas Danielson
Blethen, Gage & Krause
127 S. Second Street
P.O. Box 3049
Mankato, MN 56002

3/18/02
Date

Attorney for Defendant
MINNESOTA VALLEY ACTION COUNCIL

**ORDER**

SO ORDERED this 25 day of March, 2002.

Hon. Donovan W. Frank
United States District Judge